UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

COLEEN MONPLAISIR,                                      26-CV-1607 (JPO)

                    Appellant/Debtor.                        ORDER

J. PAUL OETKEN, District Judge:

Pro Se Appellant Debtor Coleen Monplaisir's request for a 16-day extension of time to

file the appellant brief (ECF No. 4) is GRANTED.  Appellant's brief shall be filed by May 6,

2026.

Additionally, the Court strongly encourages Appellant to consent to electronic service via

ECF as it would ensure that she receives documents and orders in her case promptly by email

electronically when a document is filed electronically.  Instructions and the consent form to

consent to electronic service can be located at

https://nysd.uscourts.gov/sites/default/files/pdf/proseconsentecfnotice-final.pdf.


        SO ORDERED.

Dated:  April 23, 2026
        New York, New York

                                        _____
                                                  J. PAUL OETKEN
                                             United States District Judge