Coleen Monplaisir
224 W 35th Street, Ste 500
New York, NY 10001
(646) 912-5520

Honorable J. Paul Oetken
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 706
New York, New York 10007

## APPELLANT'S LETTER MOTION TO DISMISS APPEAL

Re: *Monplaisir v. Salvatore LaMonica/LHM*

**Case No.  26-cv-1607**

Dear Judge Oetken:

I am the Appellant in the above-captioned matter. Pursuant to Federal Rule of Appellate Procedure 42(b), I respectfully request that the Court dismiss this appeal without prejudice.

No briefs have been filed in this matter. I no longer wish to pursue the appeal, and dismissal at this stage will conserve judicial resources and will not prejudice Appellee.

I respectfully request that each party bear its own costs. I further request that the briefing schedule be stayed pending resolution of this request.

Respectfully Submitted

/s/

1

Coleen Monplaisir, Appellant

Dated: May 4, 2026

cc: LaMonica Herbst & Maniscalco LLP (via ECF)

So ordered.

The Clerk of Court is
directed to close this case.

5/6/2026

_____
J. PAUL OETKEN
United States District Judge

2