**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

IN RE:
COLEEN MONPLAISIR,                                                    26 CIVIL 1607 (JPO)

                              Appellant/Debtor.,              **JUDGMENT**
------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Order dated May 6, 2026, Appellant's motion to dismiss is granted;

accordingly, the case is closed.

**Dated:** New York, New York

   May 8, 2026


                                             **TAMMI M. HELLWIG**
                                             _____
                                                   **Clerk of Court**

                              **BY:**
                                             _____
                                                   **Deputy Clerk**